UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WILLIAM C. ECKERFIELD, JR.<br>    Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>a Pennsylvania Corporation,<br>    Defendant.<br>_____/ | )<br>)<br>)   Case No.: 12-cv-00455<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT

**COMES NOW**, the Plaintiff WILLIAM C. ECKERFIELD, JR., by and through his undersigned counsel and hereby notifies the court and all interested parties that a tentative settlement has been reached between the Plaintiff and Defendant in the above-captioned case and respectfully requests that this Court stay all proceedings and deadlines in this matter.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the forgoing has been provided via CM/ECF to: Kenneth Cleburne Grace, Esq. and Dayle Marie Van Hoose, Esq., Attorneys for Plaintiff, SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C., 3350 Buschwood Park Drive, Suite 195, Tampa, Florida 33618.

/s/ *Alan C. Ewbank*
[X] Alan C. Ewbank, Esq.
Florida Bar No.: 0191752
[ ] Christopher A. Ewbank, Esq.
Florida Bar No.: 0073494
ALAN C. EWBANK, P.A.
10760 W. Bloomingdale Ave.
Riverview, FL 33578
Telephone: (813) 661-6666
Fax: (813) 661-6669